```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD., | |
| Plaintiff, | Civil No. 12-4471 (RMB/AMD) |
| v. | |
| ALAN J. SUTTON, et al., | |
| Defendants. | |

## ORDER ON INFORMAL APPLICATION

This Matter having come before the Court during a telephone conference held on November 19, 2012; and the Court noting the following appearances: Kun Zhao, Esquire, appearing on behalf of the Plaintiff; and Andrew R. Bronsnick, Esquire, appearing on behalf of the Defendants; and for good cause shown:

IT IS this **19th** day of **November 2012**, hereby

**ORDERED** that Defendants shall file a response to the amended complaint by no later than November 20, 2012; and it is further

**ORDERED** that, by consent, "Interactive Group Limited" shall be, and hereby is, terminated from the docket; and it is further

**ORDERED** that counsel shall appear for a telephone status conference on **December 4, 2012 at 2:00 P.M.**, at which time the Court will set discovery deadlines. Counsel shall submit a proposed joint discovery plan as set forth in the Court's Order of September 6, 2012. Counsel for plaintiff shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc: Hon. Renée Marie Bumb