IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

TSANN KUEN (ZHANGZHOU)
ENTERPRISE CO., LTD.,

               Plaintiff,     :     Civil No. 12-4471 (RMB/AMD)

     v.

ALAN J. SUTTON, et al.,

              Defendants.

## SCHEDULING ORDER

        This Scheduling Order confirms the directives given to counsel at the telephone status conference held on February 21, 2013; and the Court noting the following appearances:  Kun Zhao, Esquire, and Henry T. Chou, Esquire, appearing on behalf of the plaintiff; and Brendan Morris, Esquire, appearing on behalf of the defendants; and good cause appearing for the entry of the within Order:

        IT IS this **21st** day of **February 2013**, hereby **ORDERED**:

        1. Defendants shall make FED. R. CIV. P. 26(a) disclosures on or before **March 1, 2013.**

        2.  Defendants shall respond to outstanding discovery requests by **March 1, 2013.**

        3.  The Court will conduct a telephone status conference on **April 26, 2013 at 10:30 A.M.**.  Counsel for plaintiff shall initiate the telephone call.

        **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                               s/ Ann Marie Donio
                               ANN MARIE DONIO
                               United States Magistrate Judge

cc:  Hon. Renée Marie Bumb