# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 CARNEGIE CENTER, P.O. BOX 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6328

March 21, 2013

**VIA CM/ECF ELECTRONIC FILING**
Honorable Ann M. Donio
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

Re: Tsann Kuen (Zhangzhou) Enterprise Co., Ltd. v. Alan J. Sutton, et al.
Civil Action No.: 1:12-cv-4471 (RMB)(AMD)

Dear Judge Donio:

This office represents the plaintiff Tsann Kuen (Zhangzhou) Enterprise Co., Ltd. An in-person conference has been scheduled on March 27, 2013 at 12:00 p.m. Unfortunately, I have a conflict due to a scheduled trial at 2:00 p.m. on that day before Judge Frank Tortora in the Fairview Municipal Court in Bergen County.

I am writing to request a short adjournment. I have conferred with the defendants' counsel and have obtained his consent on the adjournment. Both of us are available on April 3, April 5 and April 12, 2013.

Thank you for your time and consideration.

Respectfully submitted,

Kun Zhao

cc: Andrew Bronsnick, Esq. (via CM/ECF and e-mail)