```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD., | |
| Plaintiff, | Civil No. 12-4471 (RMB/AMD) |
| v. | |
| ALAN J. SUTTON, et al., | |
| Defendants. | |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the in-person discovery conference held on April 12, 2013; and the Court noting the following appearances: Kun Zhao, Esquire, appearing on behalf of the plaintiff; and Andrew R. Bronsnick, Esquire, appearing on behalf of the defendants; and for good cause shown:

IT IS this **12th** day of **April 2013,** hereby **ORDERED:**

1. Defendants shall provide more responsive answers to Plaintiff's discovery requests, as set forth on the record, by **May 13, 2013.**

3. The Court will conduct an in-person status conference on **May 28, 2013 at 2:30 P.M.**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc: Hon. Renée Marie Bumb