Kun Zhao
Henry T. Chou
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
kzhao@hillwallack.com
Attorneys for Plaintiff
Tsann Kuen (Zhangzhou) Enterprise Co., Ltd.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD. ,<br><br>Plaintiff,<br><br>- against -<br><br>ALAN J. SUTTON, MICHAEL C. YEUNG, JESSICA FALASCA, d/b/a "INTERACTIVE GROUP LIMITED,"<br><br>Defendants. | Civ. No.: 12-cv-4471 (RMB) (AMD)<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br>**NOTICE OF MOTION TO STRIKE DEFENDANTS' ANSWER AND TO ENTER DEFAULT UPON DEFENDANTS**<br><br>**Motion Date: June 17, 2013** |

TO: Andrew Bronsnick, Esq.
    Massood & Bronsnick, LLC
    50 Packanack Lake Road East
    Wayne, NJ 07470-6663

**PLEASE TAKE NOTICE** that on June 17, 2013 at 9:00 a.m., or as soon after as counsel may be heard, the undersigned attorneys for Plaintiff Tsann Kuen (Zhangzhou) Enterprise Co., Ltd., in the above captioned matter, will move before the Honorable Renee Marie Bumb, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 for an Order granting Plaintiff's motion to (1) strike Defendants' Answer pursuant to Fed. R. Civ. P. 16 (f) (1) and 37

(b) (2) (A); (2) enter default upon Defendants pursuant to Fed. R. Civ. P. 55 (a); and (3) impose attorney's fees and expenses of this motion on Defendants pursuant to Fed. R. Civ. P. 16 (f) (2).

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the attached Brief, Certification of Kun Zhao, Certification of Chijui Chiu and the exhibits attached thereto. A Proposed Order is also enclosed.

> Respectfully submitted,
> HILL WALLACK LLP
>
> By:     s/ Kun Zhao
>          Kun Zhao
>
> 202 Carnegie Center
> Princeton, New Jersey 08543
> (609) 723 6328
> Attorneys for Plaintiff
> Tsann Kuen (Zhangzhou) Enterprise Co., Ltd.

Dated: May 24, 2013