UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD., <br><br> Plaintiff, <br><br> - against - <br><br> ALAN J. SUTTON, MICHAEL C. YEUNG, JESSICA FALASCA, d/b/a "INTERACTIVE GROUP LIMITED," <br><br> Defendants. | Civ. No.: 12-cv-4471 (RMB) (AMD) <br><br> **CERTIFICATION OF CHIJUI CHIU** |

I, Chijui Chiu, do hereby depose and swear as follows:

1. I am the manager of the legal department of Plaintiff Tsann Kuen (Zhangzhou) Enterprise Co., Ltd. ("Plaintiff") in the above referenced matter and make this Certification in support of Plaintiff's motion to strike Defendants' Answer and enter default upon Defendants. I make this Certification based on my personal knowledge of this matter.

2. Exhibit A is a true and accurate copy of Defendant Alan J. Sutton's business card presented to Plaintiff on or about July 28, 2011.

3. Exhibit B is a true and accurate copy of Defendant Michael Yeung's business card presented to Plaintiff on or about March 31, 2011.

4. Exhibit C is a true and accurate copy of Defendant Jessica Falasca's e-mail signature in an e-mail from her to Plaintiff dated June 24, 2011.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 05/24/2013

1

_____
Chijui Chiu, Manager of Legal Department
Tsann Kuen (Zhangzhou) Enterprise Co., Ltd.

**EXHIBIT A**

2011/7/28 Alan Sutton 及 Michael Yeung 到漳州燦坤時, 提供的 Alan Sutton 的名片。

**Latin America**
Av. La Encalada 1257, Of. 403
Urb. La Alameda
Lima 33, Perú
Tel: + 511 437 4142

**Europe**
Border House, 70 Swanland Road
Hessle, East Yorkshire, HU13 0LY
United Kingdom
Tel: + 44 1482 649776
Fax: + 44 1482 641944

**Far East**
36/F., Tower Two, Times Square
1 Matheson Street, Causeway Bay
Central, Hong Kong
Tel: + 852 2822 0167

INTERACTIVE GROUP
www.interactive-group.com

**Alan Sutton**
CEO

**North America**
100 Springdale Road, A3 279
Cherry Hill, NJ 08003
United States of America

Tel: + 1 856 784 5122
Fax: + 1 609 482 8101
alan.sutton@interactive-group.com

INTERACTIVE GROUP
www.interactive-group.com

**EXHIBIT B**

2011/3/31 Michael Yeung 到漳州燦坤時提供的名片。

**Cyber Clean Americas - USA**
701 Cooper Rd, Suite 11
Voorhees, NJ 08043
United States of America
Tel: +1 856 784 5503
Fax: +1 609 482 8101

**Far East Office – Hong Kong**
31/F, The Center
99 Queen's Road
Central, Hong Kong
Tel: +852 2822 0167

INTERACTIVE GROUP
www.interactive-group.com

**Michael Yeung**
VICE PRESIDENT

Mob: +852 8170 3418
michael.yeung@interactive-group.com

INTERACTIVE GROUP
www.interactive-group.com

**EXHIBIT C**

| | |
|---|---|
| **From:** | Michael Yeung <michael.yeung@interactive-group.com> |
| **Sent:** | Friday, June 24, 2011 10:43 AM |
| **Subject:** | Re: QVC UK - QA Sample |

Towel Spa

On Thu, Jun 23, 2011 at 9:18 PM, sandy/??? <yanmei_huang@tkl.tsannkuen.com> wrote:
Dear Michael,

Pls help to confirm the sample's Logo and the color of strips ,"Nursery Spa" or "Towel Spa"?Thanks a lot!

Best Regards!
Sandy Huang/黃燕梅   6/24
Tel:86-596-6268899 ext:79897

----- Original Message -----
**From:** Jessica Falasca
**To:** Sandy 黃燕梅 ; Max
**Cc:** Michael Yeung
**Sent:** Friday, June 24, 2011 7:15 AM
**Subject:** QVC UK - QA Sample

Hi Sandy, Hi Max,

Would it be possible to prepare a QA Sample of TSK-5201MA in UK Specs for QVC UK and send it to the following address,

Attn: James Bye
 UK & Ireland Office
57 Juniper Gardens
Southwold
Bicester
Oxfordshire
OX26 3FS
United Kingdom

Tel:  + 44 (0) 1869 244356

Please let me know.

Thanks so much!

Best,

Jessica

1

Jessica Falasca
Global Operations Manager

Create Great Products
Deliver Amazing Service
Have Fun
Make History

Website: www.interactive-group.com

Interactive Group Limited
1 Matheson Street, 36/F Tower Two, Times Square
Causeway Bay, Hong Kong
Tel: +1 856 784 5503

Cyber Clean Americas
100 Springdale Road, A3 279
Cherry Hill, NJ 08003
United States of America

Tel:  +1 856 784 5122
Fax: +1 609 482 8101


Website: Americas, UK, Ireland, Australia, & New Zealand: www.cyberclean.tv
Youtube: http://www.youtube.com/user/CybercleanTV
Twitter: http://twitter.com/cybercleantv
Facebook: http://www.facebook.com/CyberCleanTV
Media Site: http://cyberclean.drift2.com/cybercleanmedia
Website: Mainland Europe, Asia, Middle East, Africa: www.cyberclean.net

2