```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                        MINUTES OF PROCEEDINGS
```

Camden Office                    Date of proceeding: May 28, 2013

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #662


**TITLE OF CASE:**                DOCKET NO. **12cv4471(RMB/AMD)**
Tsann Kuen Enterprise
     v.
Alan Sutton, et al

**APPEARANCES:**
Kun Zhao, Esq for plaintiff
Andrew Bronsnick, Esq for defendants


**DISPOSITION:**
Discovery Conference held on the record
Order to be entered.



                    DEPUTY CLERK: s/Susan Bush



Time commenced: 3:12 pm          Time adjourned: 3:30 pm

            Total time in Court: 18 mins.