# MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-42l1

Email: ABRONSNICK@MASSOODLAW.COM

Reply to Wayne

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*
_____

°Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^
KIMBERLY A. KOPP

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

PASSAIC OFFICE
647 Main Ave, Suite 203
Passaic, NJ 07055
973-779-4200
973-777-7977-f

May 31, 2013

**<u>Via ECF</u>**
Honorable Ann Marie Donio, USMJ
United States District Court
District of New Jersey
Mitchell H. Cohen Federal Courthouse, Room 2010
1 John F. Gerry Plz
Fourth & Coopers Streets
Camden, NJ 08101

> Re: Tsann Kuen (Zhangzhou) Enterprise Co., Ltd. v. Alan J. Sutton, Michael C. Yeung, Jessica Falasca, d/b/a "Interactive Group Limited"
> Civil Action No.: 12-cv-4471

Dear Judge Donio:

    This office represents Plaintiff in the above-referenced matter. There is currently a Motion to Strike Defendants' Answer and to Enter Default upon Defendants filed by Plaintiffs returnable before Your Honor on June 17, 2013. We have ordered the transcript from our appearance before Your Honor on April 12, 2012 on an expedited basis, but do not expect to receive it until June 5, 2013.

    We hereby request an adjournment of the motion to July 1, 2013 to permit submission of the transcript to the Court as part of our opposition. Plaintiff has consented to our request for an adjournment.

    Thank you for your consideration of this matter.

Respectfully,

ANDREW BRONSNICK, ESQ.

cc: Kun Zhao, Esq. (Via ECF)