[Doc. No. 29]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALAN J. SUTTON, et al., <br><br> Defendants. | Civil No. 12-4471 (RMB/AMD) |

**ORDER**

      This Matter having come before the Court by way of motion of Plaintiff [Doc. No. 29] seeking to strike Defendants' answer and to enter default; and the Court having conducted a telephone conference on June 20, 2013, with Kun Zhao, Esquire, appearing on behalf of the Plaintiffs, and Andrew R. Brosnick, Esquire, appearing on behalf of the Defendants; and the Court having reviewed the submissions of the parties, and having considered this matter pursuant to Fed. R. Civ. P. 78; and for the reasons set forth on the record, and for good cause shown:

      IT IS on this 21st day of June 2013,

**ORDERED** that Plaintiff's motion [Doc. No. 29] to strike Defendants' answer and to enter default shall be, and is hereby, **DISMISSED without prejudice**.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb