# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TSANN KUEN (ZHANGZHOU) ENTERPRISE CO., LTD. ,<br><br>Plaintiff,<br><br>- against -<br><br>ALAN J. SUTTON, MICHAEL C. YEUNG, JESSICA FALASCA, d/b/a "INTERACTIVE GROUP LIMITED,"<br><br>Defendants. | Civ. No.: 12-cv-4471 (RMB) (AMD)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above captioned action is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Kun Zhao, Esq.
Hill Wallack LLP
202 Carnegie Center
Princeton, New Jersey 08543
Telephone:   (609) 734 6328
Attorneys for Plaintiff

Dated: 9/23/2013

Andrew R. Bronsnick, Esq.
Massood & Bronsnick, LLC
50 Packanack Lake Road East
Wayne, New Jersey 07470
Telephone:   (973) 696-1900
Attorneys for Defendants

Dated: 9/23/13

1